**Electronically Filed
Supreme Court
SCWC-30446
04-MAR-2014
02:12 PM**

SCWC-30446

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MANUEL J. MENENDEZ, JR., Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30446; 1DTC-09-069033)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Summary Disposition Order of the Court, filed on February 27, 2014, is corrected as follows:

1. On page 1:

Change "1DTI-09-069033" to "1DTC-09-069033"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, March 4 , 2014.

/s/ Richard W. Pollack